ELMER W. HOWELL et al., Copartners under the Firm Name of E. W. HOWELL COMPANY, Appellants, *v.* ROBERT BRANIGAN, as President of Bricklayers, Masons and Plasterers International Union, Local No. 41, Respondent.

(Submitted December 7, 1933; decided January 9, 1934.)

*William J. Beglin* for appellants.

*Murray Hulbert* and *Francis X. Gallagher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.